IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON RUIZ,

        Plaintiff,                    No. CIV S 07-2236 LKK CMK P

    vs.

KAREN KELLY, et al.,              <u>ORDER</u>

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On January 4, 2008, the undersigned issued findings and recommendations recommending that this action be dismissed for lack of prosecution and failure to comply with court rules and orders for plaintiff's failure to either submit a completed application for leave to proceed in forma pauperis or the full filing fee for this action.  (Doc. 6.)  Plaintiff has filed objections to these findings and recommendations.  (Doc. 7, 8.)

        Plaintiff states in his objections that the application for leave to proceed in forma pauperis, and the required certified copy of his prison trust account were completed and sent to the court on or about November 27, 2007.  Neither has been received by the court and docketed in this case.

1

However, as plaintiff has attempted to comply with this court's order, the findings and recommendations filed January 4, 2008, will be vacated and plaintiff will be provided additional time to comply. Plaintiff must file an application to proceed in forma pauperis or pay the appropriate filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff is warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 4, 2008 (Doc. 6) are vacated;

2. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, including the required affidavits and certifications, or the appropriate filing fee; and

3. The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: January 24, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE