IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON RUIZ,

       Plaintiff,                        No. CIV S 07-2236 LKK CMK P

    vs.

KAREN KELLY, et al.,             ORDER

       Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's complaint (Doc. 1), filed on October 19, 2007. The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a).

       Plaintiff claims that he is not receiving mental health care due to the defendants' deliberate indifference to his serious illness in violation of the Eighth Amendment. He claims that all mental health treatment has been stopped despite the defendants knowing he is suicidal and continues to harm himself. He also claims a violation of his equal protection rights because the defendants have allowed other inmates to continue to receive care from a single mental health provider despite that provider being transferred to another yard, but he has not been able to continue treatment with his provider.

       Read liberally, the complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations are proven, plaintiff

1

1  has a reasonable opportunity to prevail on the merits of this action.  The court, therefore, finds
2  that service is appropriate and will direct service by the U.S. Marshal without pre-payment of
3  costs.  Plaintiff is informed, however, that this action cannot proceed further until plaintiff
4  complies with this order.  Plaintiff is warned that failure to comply with this order may result in
5  dismissal of the action.  <u>See</u> Local Rule 11-110.

6        Accordingly, IT IS HEREBY ORDERED that:

7        1.   The court authorizes service on the following defendant(s):

8             Karen Kelly, Amy Eargle, Dr. Vasquez, Troy Brianhall, J. Bal, Dr.
9             M. Jaffa, and Theresa Kamira-Yip;

10       2.   The Clerk of the Court shall send plaintiff one USM-285 form for each
11  defendant identified above, one summons, an instruction sheet, and a copy of the complaint filed
12  October 19, 2007; and

13       3.   Within 30 days of the date of service of this order, plaintiff shall complete
14  the attached Notice of Submission of Documents and submit the following documents to the
15  court:

16            a.   The completed Notice of Submission of Documents;
17            b.   One completed summons;
18            c.   Seven completed USM-285 form(s); and
19            d.   Eight copies of the endorsed complaint filed October 19, 2007.

21  DATED: April 23, 2008

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON RUIZ,

      Plaintiff,                    No. CIV S 07-2236 LKK CMK P

     vs.

KAREN KELLY, et al.,

      Defendants.

                       /

NOTICE OF SUBMISSION OF DOCUMENTS

     Plaintiff hereby submits the following documents in compliance with the court's order:

       1       completed summons form;

               completed USM-285 form(s); and

               copies of the complaint filed on October 19, 2007.

DATED: _____                             _____

                                                          Plaintiff