IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON RUIZ,

    Plaintiff,                  No. CIV S-07-2236 LKK CMK P

   vs.

KAREN KELLY, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On May 5, 2008, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Theresa Kamira-Yip was returned unserved because "per USPS not deliverable as addressed; need specific address." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery (once opened), the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention. Once additional information sufficient to effect service is obtained, plaintiff shall notify the court whereupon

1 | plaintiff will be forwarded the forms necessary for service by the U.S. Marshal.  Plaintiff is
2 | cautioned that failure to effect service may result in the dismissal of unserved defendants.  See
3 | Fed. R. Civ. P. 4(m).
4 |      Accordingly, IT IS HEREBY ORDERED that plaintiff shall promptly seek
5 | additional information sufficient to effect service on any unserved defendants and notify the court
6 | once such information is ascertained.

DATED: July 3, 2008

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

```
 1
 2
 3
 4
 5
 6
 7                    IN THE UNITED STATES DISTRICT COURT
 8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10           Plaintiff,                        No. CIV
11      vs.
12                                             NOTICE OF SUBMISSION
13           Defendants.                       OF DOCUMENTS
14   _____/
```

15      Plaintiff hereby submits the following documents in compliance with the court's

16 order filed _____:

17           _____        completed summons form

18           _____        completed USM-285 forms

19           _____        copies of the _____

20                         Complaint/Amended Complaint

21 DATED:

22

23                                        _____
                                          Plaintiff
24

25

26

3