IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BRANDON RUIZ,**<br><br>    Plaintiff,<br><br>v.<br><br>**KAREN KELLY, et al.,**<br><br>    Defendants. | 2:07-CV-02236 LKK CMK P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants' first request for an extension of time to respond to Plaintiff's complaint was considered by this Court, and good cause appearing.

IT IS HEREBY ORDERED that Defendants have until July 31, 2008, to serve their response to the complaint.

DATED: July 14, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

(Proposed) Order Granting Defendants' First Request for Extension of Time to Respond to Complaint

1