IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BRANDON RUIZ,**<br><br>Plaintiff,<br><br>v.<br><br>**KAREN KELLY, et al.,**<br><br>Defendants. | CASE NO.: 2:07-CV-02236 LKK CMK P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants' second request for an extension of time to respond to Plaintiff's complaint was considered by this Court, and good cause appearing.

IT IS HEREBY ORDERED that Defendants have until August 12, 2008, to serve their response to the complaint.

DATED: August 4, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE