IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON RUIZ,

    Plaintiff,                  No. CIV S 07-2236 LKK CMK P

    vs.

KAREN KELLY, et al.,         ORDER

    Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a document entitled "Motion for Affidavits" (Doc. 34). The court construes this as a request for discovery which should have been propounded on the defendants.

       Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue. Plaintiff is referred to this court's August 15, 2008 order regarding the proper procedures for conducting discovery.

1

Plaintiff is further referred to the Federal Rules of Civil Procedures, especially Rules 30-36.

In addition, the document does not have a proof of service attached to it indicating it was served on defendants. Plaintiff is advised that documents not submitted to the court, but served on defendants shall include a proof of service indicating when and how it was served. <u>See</u> Rule 5, Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED that plaintiff's "Motion for Affidavits" will be placed in the court file and disregarded. Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

DATED: August 28, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2