JUN 2 2 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRANDON RUIZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KAREN KELLY, et al.,<br><br>　　　　　　　　　Defendants. | 2:07-CV-02236-AHM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY SCHEDULING ORDER**<br><br>Judge: The Honorable A. Howard Matz<br><br>Trial Date:　Not Scheduled<br>Action Filed:　October 19, 2007 |

　　　Defendants' second request to modify the Scheduling Order was considered by this Court, and good cause appearing:

　　　**IT IS HEREBY ORDERED** that the parties shall have until June 26, 2009 to file all dispositive motions.

Dated: June 21, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ A. Howard Matz
　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable A. Howard Matz