# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-2236 AHM | Date | July 8, 2009 |
|---|---|---|---|
| Title | BRANDON RUIZ v. KAREN KELLY, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS:

The Court GRANTS defendants' motion to modify the scheduling order.[1]  The parties have until and including July 24, 2009 to file all dispositive motions.  The Court will grant no more extensions to file dispositive motions.

The Court DENIES plaintiff's motion for sanctions because it lacks merit.[2]

Pursuant to the Order that Magistrate Judge Kellison filed on August 15, 2008,[3] after the Court rules on any such motions, the Court will issue an order requiring the parties to submit status reports and thereafter will issue a final scheduling order.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer    SMO

---

[1] Docket No. 56.

[2] Docket No. 57.

[3] Docket No. 32.