UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-2236 AHM (E.D. CAL.) | Date | August 14, 2009 |
|---|---|---|---|
| Title | BRANDON RUIZ v. KAREN KELLY, *ET. AL* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | | |

**Proceedings:**   IN CHAMBERS:

On June 19, 2009, Plaintiff filed a motion for a settlement hearing. (Doc. No. 53.) Plaintiff's motion is premature in light of the defendants' motion for summary judgment and Plaintiff's timely opposition. The Court GRANTS the defendants' request for an extension to file a reply brief. (Doc No. 61.) The defendants have until August 20, 2009 to file their reply.

Thus, in light of the motion for summary judgment, the Court VACATES, without prejudice to Plaintiff and the defendants jointly seeking settlement of the dispute depending on the outcome of the summary judgment motion, Plaintiff's motion.

IT IS SO ORDERED.

:

Initials of Preparer