UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-2236 AHM (E.D. CAL.) | Date | August 14, 2009 |
|---|---|---|---|
| Title | BRANDON RUIZ v. KAREN KELLY, *ET. AL* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**    IN CHAMBERS:

On October 28, 2008, Plaintiff filed a motion to compel. (Doc. No. 39.) Plaintiff explains that he is "dissatisfied" with the defendants' failure to respond to the "Request for Affidavits" and "Notice of taking Defendants' depositions."

The Court DENIES Plaintiff's motion to compel without prejudice. Plaintiff's motion fails to establish what relief he seeks and why he is entitled to this relief. He also fails to specify which defendants he moves to compel. Moreover, the Court also presumes that Plaintiff's request for legal assistance during his deposition on January 26, 2009 is now moot. The defendants need not respond.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer    _____